IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED DOUGLAS VINING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0016 |
| | ) | |
| UNITED STATES COURT FOR THE | ) | |
| WESTERN DISTRICT OF | ) | |
| PENNSYLVANIA, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the court is *pro se* plaintiff's Motion to Resubmit Motion for Leave to Proceed *in forma pauperis* and to Amend Complaint [doc. no. 10] and Motion to Amend Complaint [doc. no. 11]. We deny the Motion to Amend as it is identical to a motion we previously denied in this case, which disposition has now been affirmed by the Court of Appeals for the Third Circuit [doc. nos. 4, 5, and 9]. We similarly deny the Motion to Resubmit as it presents no new facts or legal arguments to justify a different result than that reached previously by both courts.

AND NOW, this 17 day of June, 2011, IT IS HEREBY ORDERED that Plaintiff's motions [doc. nos. 10 and 11] are DENIED.

BY THE COURT,

_____, C.J.

cc: All Counsel of Record
    Fred Douglas Vining, 115 Lincoln Blvd.,
    New Kensington, PA 15068